UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John Robert Demos, Jr.

      v.                         Civil No. 10-cv-100-JL

State of New Hampshire, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 18, 2010, no objection having been filed.

SO ORDERED.

January 14, 2011                   _____
                                                 Joseph N. Laplante
                                                 United States District Judge

cc:    John Robert Demos, Jr., pro se